# United States District Court
## Northern District of New York

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:05-CV-0493 (DNH)

**CYNTHIA McEANEY**

- v -

**COMMISSIONER OF SOCIAL SECURITY**

[ ]   Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx]  Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security is REVERSED; and the case is REMANDED for proper evaluation of plaintiff's residual functional capacity; in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed March 10, 2008.

 March 10, 2008
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

C. Mergenthaler
**(BY)  DEPUTY CLERK**

Entered and served on March 10, 2008